

## UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| DOCTOR'S DATA, INC., a Nevada corporation, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 09-cv-5924 |
| vs. ) | |
| ) | |
| KAZUKO CURTIN, ) | |
| ) | |
| Defendant. ) | |

### ORDER

THIS CAUSE, coming to be heard on Plaintiff, DOCTOR'S DATA, INC.'s Motion for Attorneys Fees against Defendant KAZUKO CURTIN, due and proper notice given to all parties entitled to notice; the Court having considered the Affidavit of Attorneys Fees by Stephanie A.S. Stinton in prove-up of the judgment amount; and the Court being fully advised of the premises, it is hereby ORDERED:

1. Plaintiff, DOCTOR'S DATA, INC.'s Motion is GRANTED.

2. A judgment awarding attorneys' fees and costs incurred in this matter is entered in favor of Plaintiff, DOCTOR'S DATA, INC., and against Defendant, KAZUKO CURTIN, in the amount of $6,376.03.

Dated: February 23, 2010

ENTER:

_____
Judge Joan Humphrey Lefkow

**Prepared by:**
Stephanie A.S. Stinton (ARDC #6293894)
Howard & Howard Attorneys PLLC
200 S. Michigan Avenue, Suite 1100
Chicago, Illinois 60604
Tel.: (312) 372-4000

#1539148-v1